# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joyce Eva Delgado aka Joyce E Delgado aka Joyce Delgado | BK NO. 20-01380 RNO |
| Debtor(s) | Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                               Respectfully submitted,

                                           **/s/ James C. Warmbrodt, Esquire**
                                           James C. Warmbrodt, Esquire
                                           KML Law Group, P.C.
                                           BNY Mellon Independence Center
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA  19106
                                           215-627-1322